FILED

09/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0614

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0614

_____

STATE OF MONTANA,

  Plaintiff and Appellee,

 v.              O R D E R

GARY HANSEN,

  Defendant and Appellant.

_____

  Counsel for Appellant has filed a 50-day motion for an extension of time to file the transcripts in the referenced matter.

  IT IS ORDERED that the motion for extension is DENIED. Appellant has 30 days, or until October 30, 2020, within which to file the transcripts.

  No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 25 2020